THIRD DEPARTMENT, SEPTEMBER, 1963

(September 24, 1963) *

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LISBON BROWNING, Appellant.— Motion to dismiss appeal granted. [See *People* v. *Browning*, 20 A D 2d 854, 21 A D 2d 700.] Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.